**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6034

ADELSON MICHEL,

             Petitioner - Appellant,

      v.

WILLIAM BECHTOLD, Warden,

             Respondent - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Glen E. Conrad, Chief
District Judge.  (7:13-cv-00540-GEC-RSB)

Submitted: February 7, 2014       Decided: February 12, 2014

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Adelson Michel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adelson Michel, a federal prisoner confined in another district, appeals the district court's orders dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice and denying his motions for transfer and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Michel v. Crew, No. 7:13-cv-00540-GEC-RSB (W.D. Va. Nov. 25, 2013; Dec. 10, 2013; Jan. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED